IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL MACARTHUR WILSON, #260779, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 2:20-CV-348-RAH-CSC ) |
| JOHN CROW, et al., | ) ) |
| Defendants. | ) ) |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on July 31, 2023. (Doc. 83.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Defendants' motions for summary judgment (Docs. 46, 55, 61) are GRANTED;

2. Judgment is GRANTED in favor of Defendants;

3. This case is DISMISSED with prejudice; and

4. Costs are taxed against the Plaintiff.

Final Judgment will be entered separately.

DONE, on this the 24th day of August 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE